## RUDOLPH v. STATE.
### No. 26776.

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the unlawful possession of whisky in a container to which no tax stamp was affixed; the punishment, a fine of $100.

The record before us contains neither a statement of facts nor bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.

## MILLER v. STATE.
### No. 26749.

Court of Criminal Appeals of Texas.

Jan. 20, 1954.

Murray J. Howze, Monahans, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This purports to be an appeal for violating the so-called "hot check" law, Art. 567b, V.A.P.C., with punishment assessed at two years' confinement in the penitentiary.

No sentence accompanies the record.

A sentence is necessary in ordinary felony cases for the jurisdiction of this court over an appeal. Art. 769, C.C.P.; Standley v. State, Tex.Cr.App., 246 S.W.2d 641.

The appeal is dismissed.

Opinion approved by the court.